AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Dwight A. Rudisill<br>*Plaintiff*<br>v.<br>M. Travis Bragg, Warden<br>*Defendant* | ) | Civil Action No. 4:13-cv-1327-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of _________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: This case is dismissed without prejudice and without service upon Respondent.

This action was *(check one)*:

❐ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge. The Court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III.

Date: September 18, 2013

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*